## Case No. 12,759.

SHERBURNE v. KING et al.

[2 Cranch, C. C. 205.] [1]

Circuit Court, District of Columbia. June Term, 1820.

CLERK OF COURT—ERROR OF OMISSION—CORRECTION.

A replevin discontinued by the non-appearance of the defendant at the first term, may be reinstated at the next, if the omission to enter the appearance was the error of the clerk.

[Cited in Reiling v. Bolier, Case No. 11,671; Blagden v. Broadrup, Append. Fed. Cas.]

This action of replevin was discontinued at the last term (the return term), by the non-appearance of the defendants [King and Langley], no steps having been taken by the plaintiff to continue the process.

Mr. Ashton, for defendants, now moved to reinstate it upon affidavit of himself, and one of the defendants, stating that the clerk was at the last term ordered to enter Mr. Ashton's appearance for the defendant.

And THE COURT made the following order: It appearing to the satisfaction of the court that the appearance of the defendant by his attorney was omitted to be entered, by the mistake of the clerk, at the last term, it is ordered that his appearance be entered as of the last term, and the cause brought forward upon the docket of this term.

## Case No. 12,760.

SHERBURNE v. SEMMES et ux.

[2 Cranch, C. C. 446.] [1]

Circuit Court, District of Columbia. April Term, 1824.

COURTS—APPELLATE JURISDICTION.

Quære, whether this court has jurisdiction of an appeal from the judgment of a justice of the peace upon the verdict of a jury.

This was an appeal from the judgment of a justice of the peace, who tried the cause by a jury, under the late act of congress for enlarging the jurisdiction of justices of the peace in the District of Columbia. March 1, 1823 (3 Stat. 743).

THE COURT, having doubts concerning their jurisdiction, requested the gentlemen of the bar, if so disposed, to argue the question, whether this court can try a case, either with or without a jury, which has been tried by a jury before a justice of the peace; and for that purpose, continued until the next term, all the appeals in cases over the value of $20.

SHERBURNE (SEMMES v.). See Cases Nos. 12,655 and 12,656.

SHERBURNE (TAYLOR v.). See Case No. 13,805.

SHEREBECK (UNITED STATES v.). See Case No. 16,275.

[1] [Reported by Hon. William Cranch, Chief Judge.]